660 A.2d 1153

IN THE MATTER OF NEIL I. STERNSTEIN,
AN ATTORNEY AT LAW.

July 7, 1995.

ORDER

The Disciplinary Review Board having filed a report with the Court on April 28, 1995, recommending that **NEIL I. STERNSTEIN** of **WOODBURY,** who was admitted to the bar of this State in 1975, be suspended from the practice of law for a period of three months for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate) in four matters, and *RPC* 8.1(b) (failure to cooperate with the ethics authorities);

And the Disciplinary Review Board further recommending that on reinstatement to practice respondent practice under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **NEIL I. STERNSTEIN** is hereby suspended from the practice of law for a period of three months, effective July 31, 1995, and until further Order of the Court; and it is further

ORDERED that on reinstatement to practice, respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.